UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-194-D

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER TO SEAL |
| ROBERT PERNELL WILKINS | |

On motion of the Defendant, Robert Pernell Wilkins, and for good cause shown, it is hereby ORDERED that the **[DE 164]** be sealed until further notice by this Court.

SO ORDERED. This **30** day of October 2017.

JAMES C. DEVER III
Chief United States District Judge